IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE BAUMGART,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 25-CV-00549-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

  **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of July 9, 2025 (Doc. 10), this matter is **DISMISSED with prejudice**.

**DATED: July 9, 2025**

> MONICA A. STUMP,
> Clerk of Court
>
>
> By: *s/ Jackie Muckensturm*
>        **Deputy Clerk**

**APPROVED:** *s/ Stephen P. Mc*Glynn
          STEPHEN P. MCGLYNN
          U.S. District Judge